1  Ryan Lee Esq. (SBN: 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Ste. 405
   Los Angeles, CA 90025
3  rlee@consumerlawcenter.com
   T: (323) 988-2400
4  F: (866) 861-1390
   Attorney for Plaintiff
5  JESSICA DERIE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JESSICA DERIE, | **Case No.: 2:14-cv-01226-JAM-KJN** |
| Plaintiff, | |
| vs. | NOTICE OF SETTLEMENT |
| MIDLAND CREDIT MANAGEMENT, INC | |
| Defendant. | |

NOW COMES the Plaintiff, JESSICA DERIE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

Dated: June 2, 2014          KROHN & MOSS LTD

                             /s/ Ryan Lee
                             Ryan Lee, Esq.
                             Attorney for Plaintiff,
                             JESSICA DERIE

1

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2014, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on June 2, 2014, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Ryan Lee
Ryan Lee, Esq.